IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

D.H., by and through her next friend and
Parent, Robert Holmes                                                                          PLAINTIFF

VS.                                                           CIVIL ACTION NO. 1:13CV466-HSO-RHW

MOSS POINT SCHOOL DISTRICT, et al.                                              DEFENDANTS

Notice of Service of Discovery

The Moss Point School District has this day served its documents numbered MPSD-000379 through MPSD-000387 on counsel for Plaintiff D.H. as supplementation to its responses to Plaintiff's First Set of Requests for Production of Documents.

The District retains the originals as custodian thereof.

Respectfully submitted, this 29th day of August 2014.

**Moss Point School District**

/s/ John S. Hooks

OF COUNSEL:

James A. Keith
Mississippi State Bar No. 3546
John S. Hooks
Mississippi State Bar No. 99175
ADAMS AND REESE LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, Mississippi 39157
Telephone:  601) 353-3234
Facsimile:  (601) 355-9708
Jim.keith@arlaw.com
John.hooks@arlaw.com

## CERTIFICATE OF SERVICE

      I certify that on August 29, 2014, I filed the above notice of service with the Clerk of Court via CM/ECF, which caused a copy to be served on all registered counsel of record.

      Dated:  August 29, 2014.

                                    /s/ John S. Hooks