IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **D.H., by and through her next friend** § | | **PLAINTIFF** |
| **and parent, Robert Holmes** § | | |
| § | | |
| **V.** § | | **CIVIL NO. 1:13cv466-HSO-RHW** |
| § | | |
| **MOSS POINT SCHOOL DISTRICT,** § | | **DEFENDANTS** |
| **MOSS POINT SCHOOL BOARD,** § | | |
| **MAGGIE GRIFFIN, and DURAND** § | | |
| **PAYTON** § | | |

## FINAL JUDGMENT OF DISMISSAL

The parties have announced to the Court a settlement of this case.  The

Court, being advised that the parties have an informed understanding of their

rights and the consequences of settlement, desires that this matter be finally closed

on its docket.  The parties have agreed and stated their desire that the Court

expressly retain jurisdiction over this matter to enforce the settlement agreement.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above

captioned civil action is dismissed with prejudice as to all parties.  The Court hereby

specifically retains jurisdiction to enforce the settlement agreement.

**SO ORDERED** this the 18th day of February, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE